In the Matter of the Claim of ANNE LEWIS, on Account of the Death of CHARLES LEWIS, Respondent, against RIVER CREST SANITARIUM COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted January 17, 1951; decided March 8, 1951.

*Bernard F. Farley* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Theodore M. Schwartz* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.